Roy E. HUTCHINSON et al., Appellants,

v.

DeWitt STEELE et al., Appellees.

Court of Appeals of Kentucky.
March 25, 1960.

Phipps & Phipps, Ashland, for appellants.

Ira M. Nickell, Nickell & Fanning, Ashland, for appellees.

PER CURIAM.

This case is before us on motion for an appeal. KRS 21.080. After considering the

facts, questions raised, authorities cited and the applicable law, we have concluded that the judgment should be affirmed.

Wherefore, the motion for an appeal is overruled and the judgment stands affirmed.